IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lawrence E. McNeal, Sr.,                :

        Plaintiff               :       Civil Action 2:09-cv-00639

v.                                      :       Judge Sargus

Nationwide Insurance Companies and      :       Magistrate Judge Abel
Affiliates Plans for your Time and
Disability Income Benefits, *et al.*,   :

        Defendants

## ORDER

On June 29, 2010, this case was reported settled, but no dismissal entry has been filed. The Magistrate Judge contacted counsel who said that the dismissal entry would be filed immediately. The parties have thirty days from the date of this Order in which to reopen the case.

This action is hereby DISMISSED.

                                                12-9-2010
                                  Edmund A. Sargus, Jr.
                                  United States District Judge