AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**LAWRENCE E. McNEAL, SR.,**

      **Plaintiff,**

vs.

**NATIONWIDE INSURANCE COMPANIES AND AFFILIATES PLANS FOR YOUR TIME AND DISABILITY INCOME BENEFITS, et al.,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-09-639**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

____ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed December 9, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: December 9, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk